**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2331**

---

THOMAS HALL, JR.,

                                       Plaintiff - Appellant,

      versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL
SECURITY,

                                         Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, District Judge. (CA-99-159-2)

---

Submitted: February 8, 2001        Decided: February 13, 2001

---

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Hall, Jr., Appellant Pro Se. James Anthony Winn, Assistant Regional Counsel, Anne von Scheven, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Thomas Hall, Jr., appeals the district court's order affirming the decision of the Commissioner of Social Security. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hall v. Apfel, Commissioner of Social Security, No. CA-99-159-2 (W.D. Va. Sept. 28, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED